1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorney for Plaintiff
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MUNEER KHAN, individually and dba<br>M & M MARKET, *et al.*,<br><br>　　　　Defendants. | No. 1:15-cv-01003-JAM-GSA<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION; ORDER** |

WHEREAS, Plaintiff, Hendrik Block ("Plaintiff"), wishes to dismiss the above-captioned action with prejudice in its entirety pursuant to settlement with the defendants;

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the action be dismissed with prejudice in its entirety.

Date: October 6, 2015　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Hendrik Block

REQUEST FOR DISMISSAL; [PROPOSED] ORDER

## **ORDER**

Pursuant to the request of Plaintiff, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: October 7, 2015                              /s/ John A. Mendez
                                                                United States District Judge